The People ex rel. Isaac P. Martin, Appellant, *v.* Theodore W. Myers et al., as the Board of Revision and Correction of Assessment Lists, Respondents.

(Argued April 25, 1892, decided May 6, 1892.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made March 15, 1892, which dismissed a writ of certiorari brought to review the action of the Board of Revision and Correction of the Assessment Lists of the city of New York in confirming an assessment against the relator for macadamizing Kingsbridge road.

*James A. Deering* for appellant.

*David J. Dean* for respondents.

Agree to dismiss appeal; no opinion,
All concur.
Appeal dismissed.